**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE EDWARDS, an individual; | Case No.: 2:26-cv-00571-CDS-NJK |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| | **NOTICE OF APPEARANCE** |
| SAN JOAQUIN VALLEY COLLEGE, INC., a California corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that Kaitlyn Stout, Esq. of the law firm of Snell & Wilmer L.L.P., will be appearing as counsel for Defendant San Joaquin Valley College, Inc., in the above-entitled action. All notices, pleadings, and other papers should be served on the undersigned at the address listed above.

Dated: April 29, 2026

SNELL & WILMER L.L.P.

By: /s/ Kaitlyn Stout
Paul S. Prior, Esq.
Nevada Bar No. 9324
Kaitlyn Stout, Esq.
Nevada Bar No. 17304
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for San Joaquin Valley College, Inc.*

**IT IS SO ORDERED**
Dated: April 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge