JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JOrr@GGTrialLaw.com*

*Attorneys for Plaintiff Jacqueline Edwards*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE EDWARDS, an individual,<br>Plaintiff<br>v.<br>SAN JOAQUIN VALLEY COLLEGE, INC., a California corporation,<br>Defendant | Case No.: 2:26-cv-00571-CDS-NJK<br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF JACQUELINE EDWARDS' TO RESPOND TO DEFENDANT SAN JOAQUIN VALLEY COLLEGE, INC.'s MOTION TO COMPEL ARBITRATION AND STAY ALL PROCEEDINGS PENDING COMPLETION OF ARBITRATION (ECF NO. 17)**<br>[ECF No. 20] |

**IT IS HEREBY STIPULATED** by and between Plaintiff Jacqueline Edwards and Defendant San Joaquin Valley College, Inc., by and through their respective counsel of record, that Plaintiff shall have until August 10, 2026 to file her response to Defendant's Motion to Compel Arbitration and Stay All Proceedings Pending Completion of Arbitration.

The parties have so stipulated in good faith and without any intent to delay these proceedings.

**SO STIPULATED.**

Dated August 7, 2026.

**GREENBERG GROSS LLP**

*/s/ John M. Orr*
Jemma E. Dunn, Bar #16229
Matthew T. Hale, Bar #16880
John M. Orr, Bar #14251
1980 Festival Plaza Dr., Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff Jacqueline Edwards*

**SNELL & WILLMER L.L.P.**

*/s/ Swen Prior*
Paul S. Prior, Bar # 9324
Kaitlyn Stout, Bar # 17304
Swen Prior
Nevada State Bar No. 14405
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant San Joaquin Valley College. Inc.*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

Dated: August 11, 2026