JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JOrr@GGTrialLaw.com*

*Attorneys for Plaintiff Jacqueline Edwards*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JACQUELINE EDWARDS, an individual,

Plaintiff,

v.

SAN JOAQUIN VALLEY COLLEGE, INC., a California corporation,

Defendant.

Case No.: 2:26-cv-00571-CDS-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF JACQUELINE EDWARDS' TO RESPOND TO DEFENDANT MOTION TO STAY DISCOVERY [ECF NO. 18]**

**[FIRST REQUEST]**

**IT IS HEREBY STIPULATED** by and between Plaintiff Jacqueline Edwards and Defendant San Joaquin Valley College, Inc., by and through their respective counsel of record, that Plaintiff shall have until August 21, 2026 to file her response to Defendant's Motion to Compel Stay Discovery [ECF No. 18] (the "Motion."), filed August 3, 2026. This is the parties' first request to extend Plaintiffs' response deadline to the Motion.

///

///

Good cause exists for the requested extension because Plaintiff's counsel was occupied with depositions and Early Neutral Evaluation proceedings during the week of August 17 through August 24, 2026, including the deposition of one of Defendant's disclosed witnesses on August 17, which was the initial response deadline to the Motion. That deposition concluded at a much later time than the parties initially anticipated, which was *a* factor in Plaintiff's inability to file a timely response. The parties therefore stipulate to a brief extension to afford Plaintiff a full and fair opportunity to respond to the issues raised in the Motion to Stay Discovery.

Also, the parties timely submitted the initial request on August 17, 2026, prior to the expiration of the initial response deadline (ECF No. 24), but the stipulation was denied without prejudice due to noncompliance with LR IA 6-1. (ECF No. 25). The parties file this successive stipulation to cure those defects. The parties agree and respectfully submit that these circumstances amount to excusable neglect under LR IA 6-1(a).

**SO STIPULATED.**

Dated August 20, 2026.

**GREENBERG GROSS LLP**

*/s/ John M. Orr*
Jemma E. Dunn, Bar #16229
Matthew T. Hale, Bar #16880
John M. Orr, Bar #14251
1980 Festival Plaza Dr., Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff Jacqueline Edwards*

**SNELL & WILLMER L.L.P.**

*/s/ Kaitlyn Stout*
Paul S. Prior, Bar # 9324
Kaitlyn Stout, Bar # 17304
Nevada State Bar No. 14405
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Defendant San Joaquin Valley College. Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2026